IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHY JOHNSON and RANDAL JOHNSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WAL-MART STORES, INC. and WALMART.COM, USA, LLC,<br><br>    Defendants. | Case No. 3:15-cv-00775<br><br>District Judge David R. Herndon<br>Magistrate Judge Donald G. Wilkerson |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Cathy Johnson and Randal Johnson, by and through their attorneys, submit this Notice of Voluntary Dismissal With Prejudice with respect to their pending Complaint. Defendants Wal-Mart Stores, Inc. and Walmart.com, USA, LLC have not served an answer or a motion for summary judgment. The parties shall bear their own attorneys' fees and costs.

Dated: July 25, 2016

Respectfully submitted,

/s/ Wesley W. Barnett
D. Frank Davis
John E. Norris
Wesley W. Barnett
Dargan M. Ware
Davis & Norris, LLP
2154 Highland Ave.
Birmingham, AL 35205

Peter H. Burke
Burke Harvey, LLC
3535 Grandview Pkwy.
Birmingham, AL 35243

D. Todd Mathews

                                  Gori, Julian & Associates, PC
                                  156 N. Main Street
                                  Edwardsville, IL 62025

                                  *Attorneys for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

     I certify that on July 25, 2016, a true and correct copy of the foregoing was served electronically through the CM/ECF electronic filing on all counsel of record.

                                  /s/Wesley W. Barnett
                                      Wesley W. Barnett