UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CATHY JOHNSON et al,

    Plaintiff,

v.

WAL-MART STORES INC. et al,

    Defendant.                    No. 15-cv-775-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Notice of Voluntary Dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on July 26, 2016 (Doc. 56), this case is **DISMISSED** with prejudice.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                BY:    /s/*Caitlin Fischer*
                                            Deputy Clerk

Dated:  July 26, 2016

                              Digitally signed by
                              Judge David R. Herndon
                              Date: 2016.07.26
                              10:01:58 -05'00'

APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT